No. 05–403.  YEE *v.* SHIAWASSEE COUNTY, MICHIGAN, ET AL. Ct. App. Mich.  Certiorari denied.

No. 05–407.  ZHININ *v.* GONZALES, ATTORNEY GENERAL. C. A. 3d Cir.  Certiorari denied.

No. 05–411.  LONDON ET AL. *v.* FIELDALE FARMS CORP.  C. A. 11th Cir.  Certiorari denied.

No. 05–420.  VALDIVA ACOSTA *v.* GONZALES, ATTORNEY GENERAL.  C. A. 11th Cir.  Certiorari denied.

No. 05–422.  KLEINPASTE *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 05–428.  DOE ET AL., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED *v.* MILLER, ATTORNEY GENERAL OF IOWA.  C. A. 8th Cir.  Certiorari denied.

No. 05–432.  KLEINSMITH *v.* RICH, JUDGE, DISTRICT COURT OF NEW MEXICO, MCKINLEY COUNTY.  Sup. Ct. N. M.  Certiorari denied.

No. 05–441.  HINOJOSA ET AL. *v.* MICHIGAN DEPARTMENT OF NATURAL RESOURCES.  Ct. App. Mich.  Certiorari denied.

No. 05–449.  CHAMBERS *v.* CAMPBELL.  Ct. App. Miss.  Certiorari denied.

No. 05–458.  MONTGOMERY *v.* MACAJOUX, OFFICE OF THE CHIEF MEDICAL EXAMINER, NEW YORK CITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 05–483.  COLLINS HOLDING CORP. ET AL. *v.* SOUTHTRUST BANK.  C. A. 11th Cir.  Certiorari denied.

No. 05–505.  QUIGLEY *v.* COMMITTEE ON ADMISSIONS, DISTRICT OF COLUMBIA COURT OF APPEALS.  Ct. App. D. C.  Certiorari denied.